# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.  Case No. 3:06 cr 268 (PCD)

THOMAS BOBBITT

## ORDER TO SHOW CAUSE

The Defendant, Thomas Bobbitt, moves for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense in accordance with 18 USC 3582 [Doc. No.1429]

It is hereby ORDERED, that the Government show cause on or before February 19, 2010, as to why defendant's sentence should not be reduced.

SO ORDERED.

Dated at New Haven, Connecticut, January 26, 2010.

/s/
Peter C. Dorsey Senior
United States District Judge